IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-0102-DGK |
| | ) | |
| JAMES C CHRISMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO DISMISS

Pending before the Court is Defendant's pro se Motion for Dismissal, ECF No. 171, and United States Magistrate Judge W. Brian Gaddy's Report and Recommendation, ECF No. 190, recommending denying the motion.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court ADOPTS the Report and Recommendation and DENIES the motion, ECF No. 171.

**IT IS SO ORDERED.**

Date: April 29, 2021    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT