IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19-cr-0102-02-DGK |
| JAMES C. CHRISMAN, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Brian Gaddy, ECF No. 233, to which no objection has been filed, Defendant's plea of guilty is accepted.

Defendant is adjudged guilty of such offense.

Sentencing will be set by another order of the Court.

**IT IS SO ORDERED.**

Date:  January 27, 2023                /s/ Greg Kays
                                        GREG KAYS, JUDGE
                                        UNITED STATES DISTRICT COURT